**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **Matthew T. Bateman**                                        **BK NO. 20-02982 HWV**
         **Brenda L. Bateman  fka Brenda L. Oxford**
                              **Debtor(s)**                          **Chapter 13**


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


                              Respectfully submitted,


                              /s/Rebecca A. Solarz

                              Rebecca Solarz
                              19 Oct 2020, 12:51:14, EDT


                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322