IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MATTHEW T. BATEMAN<br>    BRENDA L. BATEMAN<br>    F/K/A BRENDA L. OXFORD,<br>                   Debtors | Chapter 13<br><br>Case No. 1:20-bk-02982-HWV |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Craig S. Sharnetzka, Esquire, of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for West York Borough and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

                                      Respectfully submitted,

                                      CGA Law Firm


                                      /s/Craig S. Sharnetzka, Esquire
                                      Craig S. Sharnetzka, Esquire
                                      Sup. Ct. I.D. No. 83863
                                      135 North George Street
                                      York, PA 17401
                                      (717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| MATTHEW T. BATEMAN | |
| BRENDA L. BATEMAN | Case No. 1:20-bk-02982-HWV |
| F/K/A BRENDA L. OXFORD, | |
| Debtors | |

CERTIFICATE OF SERVICE

     I hereby certify that on October 21, 2020 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III, Chapter 13 Trustee

John Matthew Hyams, Esquire

                                            /s/Craig S. Sharnetzka, Esquire
                                            Craig S. Sharnetzka, Esquire
                                            Sup. Ct. I.D. No. 83863
                                            135 North George Street
                                            York, PA 17401
                                            (717) 848-4900

{01841737/1}