

Waste Connections US, Inc   3 Waterway Square Place Suite 110 The Woodlands, TX 77380   +1 (832) 4422200
Matthew Bateman   1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 07/20/2020 | 07/26/2020 | 07/31/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,501.47 | 134.62 | 347.64 | 21.67 | 997.54 |
| YTD | 34,109.53 | 3,367.22 | 7,010.04 | 173.36 | 23,558.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus - Performance | 07/20/2020 - 07/26/2020 | 0 | 0 | 50.00 | 1,050.00 |
| CV19 Bonus | | | 0 | | 951.73 |
| Extra Work | | | 0 | | 36.67 |
| Holiday Pay | | | 0 | | 422.40 |
| Overtime | 07/20/2020 - 07/26/2020 | 27.31666 | 27.07 | 739.47 | 10,082.49 |
| PTO | | | 0 | | 1,170.24 |
| Regular | 07/20/2020 - 07/26/2020 | 40 | 17.8 | 712.00 | 20,396.00 |
| Earnings | | | | 1,501.47 | 34,109.53 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 84.80 | 1,906.47 |
| Medicare | 19.83 | 445.87 |
| Federal Withholding | 185.47 | 3,376.69 |
| State Tax - PA | 41.96 | 943.79 |
| SUI-Employee Paid - PA | 0.91 | 20.47 |
| City Tax - EMANC | 13.67 | 288.75 |
| PA LST - EMANC | 1.00 | 28.00 |
| Employee Taxes | 347.64 | 7,010.04 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | | 296.52 |
| Flexible Spending - Health Care | 25.00 | 200.00 |
| Medical | 109.62 | 2,870.70 |
| Earnings or Deductions | 134.62 | 3,367.22 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Life | 9.60 | 76.80 |
| LTD Optional | 3.42 | 27.36 |
| Short Term Disability | 3.90 | 31.20 |
| Spouse Life | 4.75 | 38.00 |
| Deductions | 21.67 | 173.36 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability ER | 1.72 | 13.76 |
| Medical ER | 320.54 | 10,248.01 |
| Short Term Disability - ER | 3.19 | 25.52 |
| Employer Paid Benefits | 325.45 | 10,287.29 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,367.76 | 30,749.59 |
| Medicare - Taxable Wages | 1,367.76 | 30,749.59 |
| Federal Withholding - Taxable Wages | 1,367.76 | 30,749.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 3.077 | 0 | 44.31 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 937.54 | USD |



Waste Connections US, Inc   3 Waterway Square Place Suite 110 The Woodlands, TX 77380   +1 (832) 4422200
Matthew Bateman   1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 07/27/2020 | 08/02/2020 | 08/07/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,661.55 | 134.62 | 401.72 | 21.67 | 1,103.54 |
| YTD | 35,771.08 | 3,501.84 | 7,411.76 | 195.03 | 24,662.45 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | | YTD | Description | Amount | YTD |
| Bonus - Performance | 07/27/2020 - 08/02/2020 | 0 | 0 | 50.00 | | 1,100.00 | OASDI | 94.73 | 2,001.20 |
| CV19 Bonus | | | 0 | | | 951.73 | Medicare | 22.15 | 468.02 |
| Extra Work | | | 0 | | | 36.67 | Federal Withholding | 220.70 | 3,597.39 |
| Holiday Pay | | | 0 | | | 422.40 | State Tax - PA | 46.88 | 990.67 |
| Overtime | | | 0 | | | 10,082.49 | SUI-Employee Paid - PA | 0.99 | 21.46 |
| PTO | 07/27/2020 - 08/02/2020 | 40 | 24.38 | 975.20 | | 2,145.44 | City Tax - EMANC | 15.27 | 304.02 |
| Regular | 07/27/2020 - 08/02/2020 | 35.75 | 17.8 | 636.35 | | 21,032.35 | PA LST - EMANC | 1.00 | 29.00 |
| Earnings | | | | 1,661.55 | | 35,771.08 | Employee Taxes | 401.72 | 7,411.76 |

| Earnings or Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | | 296.52 | Employee Life | 9.60 | 86.40 |
| Flexible Spending - Health Care | 25.00 | 225.00 | LTD Optional | 3.42 | 30.78 |
| Medical | 109.62 | 2,980.32 | Short Term Disability | 3.90 | 35.10 |
| | | | Spouse Life | 4.75 | 42.75 |
| Earnings or Deductions | 134.62 | 3,501.84 | Deductions | 21.67 | 195.03 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Long Term Disability ER | 1.72 | 15.48 | OASDI - Taxable Wages | 1,527.84 | 32,277.43 |
| Medical ER | 320.54 | 10,568.55 | Medicare - Taxable Wages | 1,527.84 | 32,277.43 |
| Short Term Disability - ER | 3.19 | 28.71 | Federal Withholding - Taxable Wages | 1,527.84 | 32,277.43 |
| Employer Paid Benefits | 325.45 | 10,612.74 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | PTO | 3.077 | 40 | 7.387 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 1,043.54 | USD |



Waste Connections US, Inc  3 Waterway Square Place Suite 110 The Woodlands, TX 77380  +1 (832) 4422200
Matthew Bateman  1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 08/03/2020 | 08/09/2020 | 08/14/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,196.32 | 134.62 | 244.56 | 21.67 | 795.47 |
| YTD | 36,967.40 | 3,636.46 | 7,656.32 | 216.70 | 25,457.92 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - Performance | 08/03/2020 - 08/09/2020 | 0 | 0 | 50.00 | 1,150.00 | OASDI | 65.88 | 2,067.08 |
| CV19 Bonus | | | 0 | | 951.73 | Medicare | 15.41 | 483.43 |
| Extra Work | | | 0 | | 36.67 | Federal Withholding | 118.34 | 3,715.73 |
| Holiday Pay | | | 0 | | 422.40 | State Tax - PA | 32.59 | 1,023.26 |
| Overtime | 08/03/2020 - 08/09/2020 | 15.99999 | 27.145 | 434.32 | 10,516.81 | SUI-Employee Paid - PA | 0.72 | 22.18 |
| PTO | | | 0 | | 2,145.44 | City Tax - EMANC | 10.62 | 314.64 |
| Regular | 08/03/2020 - 08/09/2020 | 40 | 17.8 | 712.00 | 21,744.35 | PA LST - EMANC | 1.00 | 30.00 |
| Earnings | | | | 1,196.32 | 36,967.40 | Employee Taxes | 244.56 | 7,656.32 |

| Earnings or Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | | 296.52 | Employee Life | 9.60 | 96.00 |
| Flexible Spending - Health Care | 25.00 | 250.00 | LTD Optional | 3.42 | 34.20 |
| Medical | 109.62 | 3,089.94 | Short Term Disability | 3.90 | 39.00 |
| | | | Spouse Life | 4.75 | 47.50 |
| Earnings or Deductions | 134.62 | 3,636.46 | Deductions | 21.67 | 216.70 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Long Term Disability ER | 1.72 | 17.20 | OASDI - Taxable Wages | 1,062.61 | 33,340.04 |
| Medical ER | 320.54 | 10,889.09 | Medicare - Taxable Wages | 1,062.61 | 33,340.04 |
| Short Term Disability - ER | 3.19 | 31.90 | Federal Withholding - Taxable Wages | 1,062.61 | 33,340.04 |
| Employer Paid Benefits | 325.45 | 10,938.19 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | PTO | 3.077 | 0 | 10.464 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Checking | Citizens Bank | ******9248 | | 735.47 | USD |
| Checking | American Expres | ******0377 | | 60.00 | USD |



Waste Connections US, Inc   3 Waterway Square Place Suite 110 The Woodlands, TX 77380   +1 (832) 4422200
Matthew Bateman   1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 08/10/2020 | 08/16/2020 | 08/21/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,103.06 | 134.62 | 213.34 | 21.67 | 733.43 |
| YTD | 38,070.46 | 3,771.08 | 7,869.66 | 238.37 | 26,191.35 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus - Performance | 08/10/2020 - 08/16/2020 | 0 | 0 | 50.00 | 1,200.00 |
| CV19 Bonus | | | | 0 | 951.73 |
| Extra Work | | | | 0 | 36.67 |
| Holiday Pay | | | | 0 | 422.40 |
| Overtime | 08/10/2020 - 08/16/2020 | 12.55000 | 27.175 | 341.06 | 10,857.87 |
| PTO | | | | 0 | 2,145.44 |
| Regular | 08/10/2020 - 08/16/2020 | 40 | 17.8 | 712.00 | 22,456.35 |
| Earnings | | | | 1,103.06 | 38,070.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.10 | 2,127.18 |
| Medicare | 14.06 | 497.49 |
| Federal Withholding | 98.11 | 3,813.84 |
| State Tax - PA | 29.73 | 1,052.99 |
| SUI-Employee Paid - PA | 0.66 | 22.84 |
| City Tax - EMANC | 9.68 | 324.32 |
| PA LST - EMANC | 1.00 | 31.00 |
| Employee Taxes | 213.34 | 7,869.66 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | | 296.52 |
| Flexible Spending - Health Care | 25.00 | 275.00 |
| Medical | 109.62 | 3,199.56 |
| Earnings or Deductions | 134.62 | 3,771.08 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Life | 9.60 | 105.60 |
| LTD Optional | 3.42 | 37.62 |
| Short Term Disability | 3.90 | 42.90 |
| Spouse Life | 4.75 | 52.25 |
| Deductions | 21.67 | 238.37 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability ER | 1.72 | 18.92 |
| Medical ER | 320.54 | 11,209.63 |
| Short Term Disability - ER | 3.19 | 35.09 |
| Employer Paid Benefits | 325.45 | 11,263.64 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 969.35 | 34,309.39 |
| Medicare - Taxable Wages | 969.35 | 34,309.39 |
| Federal Withholding - Taxable Wages | 969.35 | 34,309.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 3.077 | 0 | 13.541 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 673.43 | USD |



Waste Connections US, Inc   3 Waterway Square Place Suite 110 The Woodlands, TX 77380   +1 (832) 4422200
Matthew Bateman   1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 08/17/2020 | 08/23/2020 | 08/28/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,129.64 | 134.62 | 222.04 | 21.67 | 751.31 |
| YTD | 39,200.10 | 3,905.70 | 8,091.70 | 260.04 | 26,942.66 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - Performance | 08/17/2020 - 08/23/2020 | 0 | 0 | 50.00 | 1,250.00 | OASDI | 61.75 | 2,188.93 |
| CV19 Bonus | | | 0 | | 951.73 | Medicare | 14.44 | 511.93 |
| Extra Work | | | 0 | | 36.67 | Federal Withholding | 103.67 | 3,917.51 |
| Holiday Pay | | | 0 | | 422.40 | State Tax - PA | 30.55 | 1,083.54 |
| Overtime | 08/17/2020 - 08/23/2020 | 13.53333 | 27.165 | 367.64 | 11,225.51 | SUI-Employee Paid - PA | 0.68 | 23.52 |
| PTO | | | 0 | | 2,145.44 | City Tax - EMANC | 9.95 | 334.27 |
| Regular | 08/17/2020 - 08/23/2020 | 40 | 17.8 | 712.00 | 23,168.35 | PA LST - EMANC | 1.00 | 32.00 |
| Earnings | | | | 1,129.64 | 39,200.10 | Employee Taxes | 222.04 | 8,091.70 |

| Earnings or Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | | 296.52 | Employee Life | 9.60 | 115.20 |
| Flexible Spending - Health Care | 25.00 | 300.00 | LTD Optional | 3.42 | 41.04 |
| Medical | 109.62 | 3,309.18 | Short Term Disability | 3.90 | 46.80 |
| | | | Spouse Life | 4.75 | 57.00 |
| Earnings or Deductions | 134.62 | 3,905.70 | Deductions | 21.67 | 260.04 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Long Term Disability ER | 1.72 | 20.64 | OASDI - Taxable Wages | 995.93 | 35,305.32 |
| Medical ER | 320.54 | 11,530.17 | Medicare - Taxable Wages | 995.93 | 35,305.32 |
| Short Term Disability - ER | 3.19 | 38.28 | Federal Withholding - Taxable Wages | 995.93 | 35,305.32 |
| Employer Paid Benefits | 325.45 | 11,589.09 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | PTO | 3.077 | 0 | 16.618 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 691.31 | USD |



Waste Connections US, Inc    3 Waterway Square Place Suite 110 The Woodlands, TX 77380    +1 (832) 4422200
Matthew Bateman    1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 08/24/2020 | 08/30/2020 | 09/04/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,161.64 | 134.62 | 232.85 | 21.67 | 772.50 |
| YTD | 40,361.74 | 4,040.32 | 8,324.55 | 281.71 | 27,715.16 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - Performance | 08/24/2020 - 08/30/2020 | 0 | 0 | 50.00 | 1,300.00 | OASDI | 63.73 | 2,252.66 |
| CV19 Bonus | | | | 0 | 951.73 | Medicare | 14.90 | 526.83 |
| Extra Work | | | | 0 | 36.67 | Federal Withholding | 110.72 | 4,028.23 |
| Holiday Pay | | | | 0 | 422.40 | State Tax - PA | 31.53 | 1,115.07 |
| Overtime | 08/24/2020 - 08/30/2020 | 14.71666 | 27.155 | 399.64 | 11,625.15 | SUI-Employee Paid - PA | 0.70 | 24.22 |
| PTO | | | | 0 | 2,145.44 | City Tax - EMANC | 10.27 | 344.54 |
| Regular | 08/24/2020 - 08/30/2020 | 40 | 17.8 | 712.00 | 23,880.35 | PA LST - EMANC | 1.00 | 33.00 |
| Earnings | | | | 1,161.64 | 40,361.74 | Employee Taxes | 232.85 | 8,324.55 |

| Earnings or Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | | 296.52 | Employee Life | 9.60 | 124.80 |
| Flexible Spending - Health Care | 25.00 | 325.00 | LTD Optional | 3.42 | 44.46 |
| Medical | 109.62 | 3,418.80 | Short Term Disability | 3.90 | 50.70 |
| | | | Spouse Life | 4.75 | 61.75 |
| Earnings or Deductions | 134.62 | 4,040.32 | Deductions | 21.67 | 281.71 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Long Term Disability ER | 1.72 | 22.36 | OASDI - Taxable Wages | 1,027.93 | 36,333.25 |
| Medical ER | 320.54 | 11,850.71 | Medicare - Taxable Wages | 1,027.93 | 36,333.25 |
| Short Term Disability - ER | 3.19 | 41.47 | Federal Withholding - Taxable Wages | 1,027.93 | 36,333.25 |
| Employer Paid Benefits | 325.45 | 11,914.54 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | PTO | 3.077 | 0 | 19.695 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 712.50 | USD |



Waste Connections US, Inc  3 Waterway Square Place Suite 110 The Woodlands, TX 77380  +1 (832) 4422200
Matthew Bateman  1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 08/31/2020 | 09/06/2020 | 09/11/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 976.03 | 134.62 | 178.75 | 21.67 | 640.99 |
| YTD | 41,337.77 | 4,174.94 | 8,503.30 | 303.38 | 28,356.15 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - Performance | | | 0 | | 1,300.00 | OASDI | 52.23 | 2,304.89 |
| CV19 Bonus | | | 0 | | 951.73 | Medicare | 12.22 | 539.05 |
| Extra Work | | | 0 | | 36.67 | Federal Withholding | 78.48 | 4,106.71 |
| Holiday Pay | | | 0 | | 422.40 | State Tax - PA | 25.83 | 1,140.90 |
| Overtime | 08/31/2020 - 09/06/2020 | 2.583334 | 26.7 | 68.99 | 11,694.14 | SUI-Employee Paid - PA | 0.58 | 24.80 |
| PTO | 08/31/2020 - 09/06/2020 | 8 | 24.38 | 195.04 | 2,340.48 | City Tax - EMANC | 8.41 | 352.95 |
| Regular | 08/31/2020 - 09/06/2020 | 40 | 17.8 | 712.00 | 24,592.35 | PA LST - EMANC | 1.00 | 34.00 |
| Earnings | | | | 976.03 | 41,337.77 | Employee Taxes | 178.75 | 8,503.30 |

| Earnings or Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | | 296.52 | Employee Life | 9.60 | 134.40 |
| Flexible Spending - Health Care | 25.00 | 350.00 | LTD Optional | 3.42 | 47.88 |
| Medical | 109.62 | 3,528.42 | Short Term Disability | 3.90 | 54.60 |
| | | | Spouse Life | 4.75 | 66.50 |
| Earnings or Deductions | 134.62 | 4,174.94 | Deductions | 21.67 | 303.38 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Long Term Disability ER | 1.72 | 24.08 | OASDI - Taxable Wages | 842.32 | 37,175.57 |
| Medical ER | 320.54 | 12,171.25 | Medicare - Taxable Wages | 842.32 | 37,175.57 |
| Short Term Disability - ER | 3.19 | 44.66 | Federal Withholding - Taxable Wages | 842.32 | 37,175.57 |
| Employer Paid Benefits | 325.45 | 12,239.99 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | PTO | 3.077 | 8 | 14.772 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 580.99 | USD |



Waste Connections US, Inc  3 Waterway Square Place Suite 110 The Woodlands, TX 77380  +1 (832) 4422200
Matthew Bateman  1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 09/07/2020 | 09/13/2020 | 09/18/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 830.73 | 134.62 | 144.18 | 21.67 | 530.26 |
| YTD | 42,168.50 | 4,309.56 | 8,647.48 | 325.05 | 28,886.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus - Performance | | | 0 | | 1,300.00 |
| CV19 Bonus | | | 0 | | 951.73 |
| Extra Work | | | 0 | | 36.67 |
| Holiday Pay | | | 0 | | 422.40 |
| Overtime | 09/07/2020 - 09/13/2020 | 3.533333 | 26.7 | 94.35 | 11,788.49 |
| PTO | 09/07/2020 - 09/13/2020 | 1 | 24.38 | 24.38 | 2,364.86 |
| Regular | 09/07/2020 - 09/13/2020 | 40 | 17.8 | 712.00 | 25,304.35 |
| Earnings | | | | 830.73 | 42,168.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 43.21 | 2,348.10 |
| Medicare | 10.10 | 549.15 |
| Federal Withholding | 61.04 | 4,167.75 |
| State Tax - PA | 21.37 | 1,162.27 |
| SUI-Employee Paid - PA | 0.50 | 25.30 |
| City Tax - EMANC | 6.96 | 359.91 |
| PA LST - EMANC | 1.00 | 35.00 |
| Employee Taxes | 144.18 | 8,647.48 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | | 296.52 |
| Flexible Spending - Health Care | 25.00 | 375.00 |
| Medical | 109.62 | 3,638.04 |
| Earnings or Deductions | 134.62 | 4,309.56 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Life | 9.60 | 144.00 |
| LTD Optional | 3.42 | 51.30 |
| Short Term Disability | 3.90 | 58.50 |
| Spouse Life | 4.75 | 71.25 |
| Deductions | 21.67 | 325.05 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability ER | 1.72 | 25.80 |
| Medical ER | 320.54 | 12,491.79 |
| Short Term Disability - ER | 3.19 | 47.85 |
| Employer Paid Benefits | 325.45 | 12,565.44 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 697.02 | 37,872.59 |
| Medicare - Taxable Wages | 697.02 | 37,872.59 |
| Federal Withholding - Taxable Wages | 697.02 | 37,872.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 3.077 | 1 | 16.849 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 470.26 | USD |



Waste Connections US, Inc  3 Waterway Square Place Suite 110 The Woodlands, TX 77380  +1 (832) 4422200
Matthew Bateman  1458 W. King St. York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Bateman | Waste Connections US, Inc | 316428 | 09/14/2020 | 09/20/2020 | 09/25/2020 | |

| | Gross Pay | Earnings or Deductions | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,701.25 | 134.62 | 415.14 | 21.67 | 1,129.82 |
| YTD | 43,869.75 | 4,444.18 | 9,062.62 | 346.72 | 30,016.23 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus - Performance | 09/14/2020 - 09/20/2020 | 0 | 0 | 50.00 | 1,350.00 |
| CV19 Bonus | | | 0 | | 951.73 |
| Extra Work | | | 0 | | 36.67 |
| Holiday Pay | | | 0 | | 422.40 |
| Overtime | 09/14/2020 - 09/20/2020 | 13.03333 | 27.17 | 354.13 | 12,142.62 |
| PTO | 09/14/2020 - 09/20/2020 | 24 | 24.38 | 585.12 | 2,949.98 |
| Regular | 09/14/2020 - 09/20/2020 | 40 | 17.8 | 712.00 | 26,016.35 |
| Earnings | | | | 1,701.25 | 43,869.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 97.19 | 2,445.29 |
| Medicare | 22.73 | 571.88 |
| Federal Withholding | 229.43 | 4,397.18 |
| State Tax - PA | 48.10 | 1,210.37 |
| SUI-Employee Paid - PA | 1.02 | 26.32 |
| City Tax - EMANC | 15.67 | 375.58 |
| PA LST - EMANC | 1.00 | 36.00 |
| Employee Taxes | 415.14 | 9,062.62 |

### Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | | 296.52 |
| Flexible Spending - Health Care | 25.00 | 400.00 |
| Medical | 109.62 | 3,747.66 |
| Earnings or Deductions | 134.62 | 4,444.18 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Life | 9.60 | 153.60 |
| LTD Optional | 3.42 | 54.72 |
| Short Term Disability | 3.90 | 62.40 |
| Spouse Life | 4.75 | 76.00 |
| Deductions | 21.67 | 346.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability ER | 1.72 | 27.52 |
| Medical ER | 320.54 | 12,812.33 |
| Short Term Disability - ER | 3.19 | 51.04 |
| Employer Paid Benefits | 325.45 | 12,890.89 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,567.54 | 39,440.13 |
| Medicare - Taxable Wages | 1,567.54 | 39,440.13 |
| Federal Withholding - Taxable Wages | 1,567.54 | 39,440.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 3.077 | 24 | -4.074 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Checking | American Expres | ******0377 | | 60.00 | USD |
| Checking | Citizens Bank | ******9248 | | 1,069.82 | USD |