United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02982-HWV |
| Matthew T. Bateman | Chapter 13 |
| Brenda L. Bateman | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 23, 2020  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | WASTE CONNECTIONS INC, ATTN: PAYROLL DEPARTMENT, 3 WATERWAY SQUARE PLACE SUITE 110, THE WOODLANDS, TX 77380-3488 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Craig S. Sharnetzka | on behalf of Creditor West York Borough csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Brenda L. Bateman jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Matthew T. Bateman jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |

Rebecca Ann Solarz　　　　　　　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

United States Trustee　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew T. Bateman | : | |
| Brenda L. Bateman | : | CASE NO: 1:20-bk-02982-HWV |
| | : | |
| Debtors | : | |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Waste Connections US, Inc., Attn: Payroll Department, 3 Waterway Square Place Suite 110 The Woodlands, TX 77380, of Matthew T. Bateman, is hereby directed to deduct $124.18 from Matthew T. Bateman's weekly salary, commencing immediately and continuing thereafter for 60 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: November 23, 2020        By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)