UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTHEW T BATEMAN<br>BRENDA L BATEMAN | CASE NO: 20-02982<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/5/2021, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/5/2021

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW T BATEMAN
BRENDA L BATEMAN

CASE NO: 20-02982

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/5/2021, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/5/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| LABEL MATRIX FOR LOCAL NOTICING | ABERDEEN PROVING GROUND FEDERAL CREDIT | ABSOLUTE RESOLUTIONS CORPORATION |
| --- | --- | --- |
| 03141 | UNION | 8000 NORMAN CENTER DRIVE SUITE 350 |
| CASE 1-20-BK-02982-HWV | CO SILVERMAN THEOLOGOU | BLOOMINGTON MN 55437-1118 |
| MIDDLE DISTRICT OF PENNSYLVANIA | 11200 ROCKVILLE PIKE SUITE 520 | |
| HARRISBURG | NORTH BETHESDA MD 20852-7105 | |
| TUE JAN 5 11-38-56 EST 2021 | | |

| AMERICAN EXPRESS NATIONAL BANK | AMERICAN EXPRESS TRAVEL RELATED | AMEXBANKRUPTCY |
| --- | --- | --- |
| CO BECKET AND LEE LLP | SERVICES COM | CORRESPONDENCEBANKRUPTCY |
| PO BOX 3001 | INC | PO BOX 981540 |
| MALVERN PA 19355-0701 | CO BECKET AND LEE LLP | EL PASO TX 79998-1540 |
| | PO BOX 3001 | |
| | MALVERN PA 19355-0701 | |

| BGE | BGE HOME | BALTIMORE GAS ELECTRIC COMPANY |
| --- | --- | --- |
| PO BOX 1475 | 1409A TANGIER DR | PO BOX 1475 |
| BALTIMORE MD 21203-1475 | BALTIMORE MD 21220-2878 | BALTIMORE MD 21203-1475 |

| EXCLUDE | EXCLUDE | |
| --- | --- | --- |
| BRENDA L BATEMAN | MATTHEW T BATEMAN | DEPARTMENT OF LABOR INDUSTRY |
| 1458 WEST KING ST | 1458 WEST KING ST | ATTN OFFICE OF CHIEF COUNSEL |
| YORK PA 17404-5615 | YORK PA 17404-5615 | 651 BOAS STREET 10TH FLOOR |
| | | HARRISBURG PA 17121-0751 |

| CITIZENS BANK N A | CHARLES J DEHART III TRUSTEE | LEON P HALLER |
| --- | --- | --- |
| ATTN BANKRUPTCY TEAM | 8125 ADAMS DRIVE SUITE A | PURCELL KRUG AND HALLER |
| ONE CITIZENS BANK WAY | HUMMELSTOWN PA 17036-8625 | 1719 NORTH FRONT STREET |
| JCA115 | | HARRISBURG PA 17102-2392 |
| JOHNSTON RI 02919-1922 | | |

| | EXCLUDE | |
| --- | --- | --- |
| MARIO J HANYON | JOHN MATTHEW HYAMS | INTERNAL REVENUE SERVICE |
| BROCK SCOTT PLLC | LAW OFFICES OF JOHN M HYAMS | PO BOX 7346 |
| 302 FELLOWSHIP ROAD | 2023 N 2ND ST | PHILADELPHIA PA 19101-7346 |
| STE 130 | HARRISBURG PA 17102-2151 | |
| MOUNT LAUREL NJ 08054-1218 | | |

| KEYBANKUSB CC | MET ED | MET ED FIRST ENERGY |
| --- | --- | --- |
| ATTN BANKRUPTCY | 101 CRAWFORDS CORNER RD | 101 CRAWFORD CORNER RD |
| 4910 TIEDEMAN ROAD | BLDG 1 SUITE 1 | BLDG 1 SUITE 1-511 |
| CLEVELAND OH 44144-2338 | HOLMDEL NJ 07733-1976 | HOLMDEL NJ 07733-1900 |

| OFFICE OF ATTORNEY GENERAL | PA DEPARTMENT OF REVENUE | PRA RECEIVABLES MANAGEMENT LLC |
| --- | --- | --- |
| FINANCIAL ENFORCEMENT | DEPARTMENT 280946 ATTNBANKRUPTCY | PO BOX 41021 |
| SECTION STRA | HARRISBURG PA 17128-0946 | NORFOLK VA 23541-1021 |
| HARRISBURG PA 17120-0001 | | |

| | CM/ECF E-SERVICE | |
| --- | --- | --- |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PENNSYLVANIA HOUSING FINANCE AGENCY | PENNYMAC LOAN SERVICES LLC |
| BANKRUPTCY DIVISION | 211 NORTH FRONT STREET | PO BOX 2410 |
| PO BOX 280946 | HARRISBURG PA 17101-1406 | MOORPARK CA 93020-2410 |
| HARRISBURG PA 17128-0946 | | |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PINNACLE CREDIT SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CASCADE CAPITAL LLC SERIES B<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUINLAN LAW GROUP LLC<br>2331 MARKET ST<br>CAMP HILL PA 17011-4642 |
| CRAIG S SHARNETZKA<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | REBECCA ANN SOLARZ<br>KML LAW GROUP PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| THE BANK OF NEW YORK MELLON TRUST<br>COMPANY N<br>PHH MORTGAGE CORPORATION<br>ATTN- BANKRUPTCY DEPARTMENT   PO BOX 2<br>WEST PALM BEACH FL 33416 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | CM/ECF E-SERVICE<br>WEST YORK BOROUGH<br>1381 WEST POPLAR STREET<br>YORK PA 17404-5396 | CM/ECF E-SERVICE<br>WEST YORK BOROUGH<br>1381 W POPLAR ST<br>YORK PA 17404-5396 |
| YORK TREE FAMILY<br>2108 W MARKET ST<br>YORK PA 17404-5511 | | |

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
West York Borough
1381 West Poplar Street
York, PA 17404
represented by:
Craig S. Sharnetzka
CGA Law Firm
135 North George Street
York, PA 17401

csharnetzka@cgalaw.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
The Bank of new York Mellon Et Al...
represented by:
Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

mario.hanyon@brockandscott.com

(Creditor)
Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101
represented by:
Leon P Haller
Purcell Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

lhaller@pkh.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

dehartstaff@pamd13trustee.com

Matthew T. Bateman
1458 West King St.
York, PA 17404
(Debtor 1)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

Brenda L. Bateman
1458 West King St.
York, PA 17404
(Debtor 2)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com