United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Matthew T. Bateman  
Brenda L. Bateman  
    Debtor(s)

Case No. 20-02982-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 05, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID**      **Recipient Name and Address**  
+      Waste Connections US Inc, Attn Payroll Department, 3 Waterway Square Place Ste 110, The Woodlands, TX 77380-3488

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Charles J DeHart, III (Trustee)  
     TWecf@pamd13trustee.com

Craig S. Sharnetzka  
     on behalf of Creditor West York Borough csharnetzka@cgalaw.com  
     tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com

John Matthew Hyams  
     on behalf of Debtor 1 Matthew T. Bateman jmh@johnhyamslaw.com  
     acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams  
     on behalf of Debtor 2 Brenda L. Bateman jmh@johnhyamslaw.com  
     acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

| | |
|---|---|
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of new York Mellon Et Al... mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew T. Bateman | : | |
| Brenda L. Bateman | : | CASE NO: 1:20-bk-02982-HWV |
| | : | |
| Debtors | : | |

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Amended Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Waste Connections US, Inc., Attn: Payroll Department, 3 Waterway Square Place Suite 110 The Woodlands, TX 77380, of Matthew T. Bateman, is hereby directed to deduct $132.98 from Matthew T. Bateman's weekly salary, commencing immediately and continuing thereafter for 58 months, and to remit the same to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: January 5, 2021

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (LS)