United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Matthew T. Bateman  
Brenda L. Bateman  
     Debtors

Case No. 20-02982-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 29, 2023      Form ID: orfeedue      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5365508 | + Email/PDF: ebn_ais@aisinfo.com | Jun 29 2023 18:57:08 | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N. Sante Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Craig S. Sharnetzka | on behalf of Creditor West York Borough csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Matthew T. Bateman jmh@johnhyamslaw.com |

District/off: 0314-1

Date Rcvd: Jun 29, 2023

User: AutoDocke

Form ID: orfeedue

Page 2 of 2

Total Noticed: 1

acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com

John Matthew Hyams

on behalf of Debtor 2 Brenda L. Bateman jmh@johnhyamslaw.com
acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com

Leon P Haller

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Mario J. Hanyon

on behalf of Creditor The Bank of new York Mellon Et Al... wbecf@brockandscott.com  mario.hanyon@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Matthew T. Bateman

Brenda L. Bateman
fka Brenda L. Oxford

**Debtor(s)**

Chapter 13

Case number 1:20−bk−02982−HWV

Document Number: 45

### <u>Order Filing Fee Due</u>

A transfer of claim was filed on **June 29, 2023**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$26.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **July 8, 2023**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 29, 2023

orfeedue(05/18)