IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew T. Bateman | : | |
| Brenda L. Bateman | : | CASE NO: 1:20-bk-02982-HWV |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

    I, John M. Hyams, hereby certify that on September 3, 2024, a true and correct copy of the foregoing Amended Motion for Wage Attachment was served by electronic means and/or first-class mail, postage prepaid on the following:

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, #A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101

Goods Disposal Service
Attn: Payroll Department
4361 Oregon Pike
Ephrata, PA 17522

                                                   LAW OFFICES OF JOHN M. HYAMS

                                                   By:   /s/  John M. Hyams
                                                            John M. Hyams
                                                            Attorney for Debtors