United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02982-HWV
Matthew T. Bateman  Chapter 13
Brenda L. Bateman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 03, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

**Recip ID**    **Recipient Name and Address**
    +  Goods Disposal Service, Attn Payroll Dept, 4361 Oregon Pike, Ephrata, PA 17522-9514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

**Name**    **Email Address**

Craig S. Sharnetzka
    on behalf of Creditor West York Borough csharnetzka@cgalaw.com
    rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com

Denise E. Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

John Matthew Hyams
    on behalf of Debtor 1 Matthew T. Bateman jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams

on behalf of Debtor 2 Brenda L. Bateman jmh@johnhyamslaw.com
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Leon P Haller

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Mario J. Hanyon

on behalf of Creditor The Bank of new York Mellon Et Al... wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew T. Bateman | : | |
| Brenda L. Bateman | : | CASE NO: 1:20-bk-02982-HWV |
| | : | |
| Debtors | : | |

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Amended Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Goods Disposal Service, Attn: Payroll Department, 4361 Oregon Pike, Ephrata, PA 17522, of Matthew T. Bateman, is hereby directed to deduct $132.98 from Matthew T. Bateman's weekly salary, commencing immediately and continuing thereafter for 14 months, and to remit the same to Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 3, 2024