LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Matthew T. Bateman
Brenda L. Bateman

: CHAPTER 13
:
: CASE NO. 1-20-bk-02982-HWV
:

**Debtor(s)**
Pennsylvania Housing Finance Agency

: ADVERSARY NO. __-__-ap _____
: (if applicable)
:

**Plaintiff(s)/Movant(s)**
vs.
Matthew T. Bateman, Brenda L. Bateman and
Jack N. Zaharopoulos, Trustee

: Nature of Proceeding: Relief Motion
:
: Pleading: Motion for Relief From Stay
:

**Defendant(s)/Respondent(s)**

: Document #: 52

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

**CHECK ONE:**

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　[✔] Thirty (30) days.
　[ ] Forty-five (45) days.
　[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 23, 2024    /s/ Leon P. Haller
　　　　　　　　　　　　　　　　Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 1:20-bk-02982-HWV    Doc 59    Filed 09/23/24    Entered 09/23/24 10:00:17    Desc
Main Document    Page 1 of 1