Certificate Number: 06531-PAM-DE-040229332

Bankruptcy Case Number: 20-02982



06531-PAM-DE-040229332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2025, at 11:45 o'clock PM CDT, Brenda L Bateman completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   October 22, 2025               By:   /s/Deyanira Reyes

                                       Name: Deyanira Reyes

                                       Title: Certified Credit Counselor